IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO.  4:01cr19-RH

WILLIAM LAMONT SHOWERS,                          DOCKET NO. 4:05mj151-WCS

    Defendant.
_____/

## O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Judge Hinkle on **January 10, 2006, beginning at 11:00 A.M.**, for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on December 9, 2005.

    S/ William C. Sherrill, Jr.
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**